UNITED STATES BANKRUPTCY
COURT NORTHERN DISTIUCT OF
ILLINOIS WESTERN DIVISION

In re:                                    )
                                          ) Case No. 11-82738
DANIEL R. SIEMSEN                         ) Chapter 13
                                          ) Bankruptcy Judge: Thomas J. Lynch
                                          )
Debtor,                                   )
                                          )

## NOTICE OF CONVERSION

To:    Lydia Meyer
       Fiona M. Whelan
       PO Box 14127
       Rockford, IL 61105

       Daniel R. Siemsen
       4421 Menge Lane
       Poplar Grove, IL 61065

       Ronald J. Kapustka
       Kovitz Shifrin Nesbit
       750 Lake Cook Road
       Ste 350
       Buffalo Grove, IL 60089

   PLEASE TAKE NOTICE that on Wednesday, July 24, 2013, the above captioned case has been converted from Chapter 13 to a Chapter 7 pursuant to 11 U.S.C. § 1307(a) and Fed.R.Bankr.P. 1017(d), by the filing of this notice in the U.S. Bankruptcy Court, Northern District of Illinois, Western Division.

                                          Respectfully submitted,

                                          /s/ Katerina Tsoukalas-Heitkemper
                                             One of Debtors' attorneys

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I served copies of the foregoing NOTICE OF CONVERSION on the addresses listed above, by electronically notifying same and/or mailing same in the U.S. Mail Chute located at Crystal Lake, Illinois 60014 on July 24, 2013.

                                          /s/ Katerina Tsoukalas-Heitkemper

Katerina Tsoukalas-Heitkemper
Atty No. 6288666
Bruning & Associates, P.C.
333 Commerce Drive, Suite 900
Crystal Lake, IL 60014
815-455-3000