UNITED STATES BANKRUPTCY
COURT NORTHERN DISTIUCT OF
ILLINOIS WESTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 11-82738 |
| DANIEL R. SIEMSEN | ) )Chapter 13 |
| | ) Bankruptcy Judge: Thomas J. Lynch |
| Debtor | ) |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on July 24, 2013, a copy of the pleadings below
described were served upon the attorneys of record of all parties listed via the Court's electronic
notification system or by first class mail as indicated below:

Lydia Meyer
Fiona M. Whelan
PO Box 14127
Rockford, IL 61105

Daniel R. Siemsen
4421 Menge Lane
Poplar Grove, IL 61065

SunTrust Mortgage
% Codilis & Associates PC
15W030 North Frontage Rd., Suite 100
Burr Ridge, IL 60527

**Midland Funding LLC by American InfoSource LP as agent**
PO Box 4457
Houston, TX 77210-4457
(877) 893-8820

**PYOD LLC**
c/o Resurgent Capital Services
PO Box 19008
GREENVILLE, SC 29602

**Recovery Management Systems Corporation**
25 SE Second Avenue Suite 1120
Miami, FL 33131
3053797674
3053748113 (fax)
claims@recoverycorp.com

**Recovery Management Systems Corporation as authorized for GE Money Bank**
Attn: Ramesh Singh
25 S.E. 2nd Avenue
Suite 1120
Miama, FL 33131-1605)

Ronald J. Kapustka
Kovitz Shifrin Nesbit
750 Lake Cook Road
Ste 350
Buffalo Grove, IL 60089

*SEE ATTACHED CREDITOR MATRIX LIST FOR ADDITIONAL NOTIFICATIONS*

A copy of the following documents:
Notice of Conversion from Chapter 13 bankruptcy to Chapter 7 bankruptcy

Respectfully submitted,

/s/ Katerina Tsoukalas-Heitkemper
One of Debtors' attorneys

Katerina Tsoukalas-Heitkemper
ARDC # 6288666
Bruning & Associates, P.C.
Attorneys for Debtor
333 Commerce Drive, Suite 900
Crystal Lake, IL 60014
815-455-3000

Label Matrix for local noticing
0752-3
Case 11-82738
Northern District of Illinois
Rockford
Wed Jul 24 13:31:06 CDT 2013

Midland Funding LLC by American InfoSource L
PO Box 4457
Houston, TX 77210-4457

PYOD LLC
c/o Resurgent Capital Services
PO Box 19008
GREENVILLE, SC 29602-9008

Recovery Management Systems Corporation
25 SE Second Avenue Suite 1120
Miami, FL 33131-1605

Recovery Management Systems Corporation as a
Attn: Ramesh Singh
25  S.E. 2nd Avenue
Suite 1120
Miama, FL 33131-1605

SunTrust Mortgage, Inc.
C/O Codilis & Associates, P.C.
15W030 North Frontage Rd.
Suite 100
Burr Ridge, IL 60527-6921

U.S. Bankruptcy Court
Western Division
327 South Church Street
Rockford, IL 61101-1320

Accounts Receivable MG
7834 N. 2nd St.
Suite 5
Machesney Park, IL 61115-2871

Acct Rcv Svc
5183 Harlem Rd
Suite
Loves Park, IL 61111-3448

American Express Centurion Bank
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Amex
PO Box 297871
Fort Lauderdale, FL 33329-7871

B-Line, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Capital One Bank (USA), N.A.
by American InfoSource LP as agent
PO Box 71083
Charlotte, NC  28272-1083

Countryside Condominium Association II
c/o Kovitz Shifrin Nesbit
750 West Lake Cook Rd.
Suite 350
Buffalo Grove, IL 60089-2088

Creditors Protection S
202 W. State St.
Suite 300
Rockford, IL 61101-1163

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH  43054-3025

Equable Ascent Financial, LLC
c/o Recovery Management Systems Corp.
25 SE 2nd Avenue Suite 1120
Miami FL 33131-1605
Attn:  Ramesh Singh

Granite Recovery LLC
c/o Recovery Management Systems Corp
25 SE 2nd Avenue Suite 1120
Miami, FL 33131-1605

Kathleen Siemsen
1341 Heron Drive
Antioch, IL 60002-2703

LVNV Funding LLC
PO Box 740281
Houston, TX 77274-0281

Medical Business Bureau
PO Box 1219
Park Ridge, IL 60068-7219

Midland Credit Management
8875 Aero Dr.
Suite 200
San Diego, CA 92123-2255

Midland Funding LLC
by American InfoSource LP as agent
PO Box 4457
Houston, TX  77210-4457

NICOR
1644 Ferry Road
Naperville, IL 60565

Pinnacle Credit Service
7900 Highway 7 #100
Minneapolis, MN 55426-4045

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Rockford Mercantile
2502 S. Apline Rd
Rockford, IL 61108-7813

Sears/Citibank SD, NA
8725 W. Sahara Ave.
Mc 02/02/03
The Lakes, NV 89163-0001

SunTrust Mortgage, Inc.
c/o Codilis & Associates, P.C.
15W030 N. Frontage Road, Suite 100
Burr Ridge, IL 60527-6921

Suntrust Mortgage
c/o Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527-6921

Suntrust Mortgage, Inc.
1001 Semmes Ave
Richmond, VA 23224-2245

Daniel R Siemsen
4421 Menge Lane
Poplar Grove, IL 61065-7827

Katerina Tsoukalas-Heitkemper
Bruning & Associates, P.C.
333 Commerce Drive, Suite 900
Crystal Lake, IL 60014-3528

Lydia Meyer
Lydia Meyer - 13 Trustee
P.o. Box 14127
Rockford, IL 61105-4127

Patrick S Layng
Office of the U.S. Trustee, Region 11
780 Regent St.
Suite 304
Madison, WI 53715-2635

Stacy M Stusowski
The Law Offices of Stacy Stusowski
380 Terra Cotta Road Unit F
Crystal Lake, IL 60014

Tiffany L Henderson
Bankruptcy Associates, P.C.
333 Commerce Drive
Suite 900
Crystal Lake, IL 60014-3528

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Cap One
PO Box 85520
Richmond, VA 23285

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Countryside Condominium Association II

(d)Midland Credit Management, Inc.
8875 Aero Drive, Suite 200
San Diego, CA 92123-2255

(d)PYOD LLC
c/o Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

End of Label Matrix
Mailable recipients    37
Bypassed recipients     3
Total                  40